Peter J. Glazer, Esq.
(Texas SBN: 2421390)
The Glazer Law Firm, PLLC
17806 IH 10 West, Suite 300
San Antonio, Texas 78257
Tel: (210) 858-8854
Email: pjglazer@glazerlawfirm.com

Susanne Arani, Esq. (PHV)
(CA SBN: 238891)
1028 Rosario Lane
Vista, California 92084
Tel: (760) 331-8426
Email: susanne.arani@gmail.com

For Defendants

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Nomad Capitalist, Limited, a Hong Kong Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Nomad Elite, LLC, a Texas limited liability company, and Arno Gerald Summer, an individual,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-01481<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

## DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendants Arno Gerald Summer ("Gerald Summer") and Nomad Elite, LLC ("Defendants") hereby submit this Notice of Non-Opposition to Plaintiff's Motion to Amend the Complaint, filed on June 4, 2025 (D.E. No.: 26).

DATED:  June 9, 2025

Respectfully Submitted,

By:  /s/ Susanne Arani
Susanne Arani, Esq.

Attorney for Defendants (PHV)

DATED:  June 9, 2025

By: /s/ Peter J. Glazer
Peter J. Glazer, Esq.

Attorney for Defendants

CERTIFICATION OF SERVICE BY ECF

I, Susanne Arani, hereby certify that the forgoing document, Defendants' Notice of Non-Opposition was served to all counsel of record on the ECF service list on June 9, 2025.

/s/ Susanne Arani
Susanne Arani, Esq.